0050-1B-EPIF1B-00031678-156292

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: ROBERT L. HARKER　　　　　　　　　　　　　　　　　　　　　　　Case No.: 14-3-0060 DM

　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/14/2014.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 06/06/2014.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 5.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 112,600.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |

Attorney fees paid and disclosed by debtor:　　　$1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY GENERAL - DEPT OF JUSTI | Other | NA | NA | NA | .00 | .00 |
| BANK OF AMERICA | Secured | 360,000.00 | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEPT | Other | NA | NA | NA | .00 | .00 |
| CHERI L. SIMMON | Other | NA | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Other | NA | NA | NA | .00 | .00 |
| CONSTANCE PLANK HARKER | Unsecured | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Other | NA | NA | NA | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 8,488.85 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Other | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 41,442.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,347.00 | NA | NA | .00 | .00 |
| OFFICE OF THE UNITED STATES TRUST | Other | NA | NA | NA | .00 | .00 |
| PLACER COUNTY TAX COLLECTOR | Secured | 2,882.38 | NA | NA | .00 | .00 |
| RECONTRUST COMPANY | Other | NA | NA | NA | .00 | .00 |

Case: 14-30060　　Doc# 31　　Filed: 07/15/14　　Entered: 07/15/14 08:24:53　　Page 1 of 3

0050-1B-EPIF1B-00031678-156292

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: ROBERT L. HARKER  
Debtor(s)

Case No.: 14-3-0060 DM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| US ATTORNEY - CHIEF, TAX DIVISION | Other | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/30/2014   By: /s/David Burchard  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

0050-1B-EPIH1B-00031678-379311

# UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| IN RE: | CASE NO: |
| ROBERT L. HARKER | 14-3-0060 DM |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 393 Vintage Park Drive, Suite 150, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document:  Trustee's Final Report and Account

Dated:  07/15/2014

/s/
Cecilia Marcelo
Closed Case Administrator

CRAIG V WINSLOW
630 N SAN MATEO DR SAN MATEO, CA 94401-2328

ROBERT L. HARKER
523 N. DELAWARE STREET SAN MATEO, CA 94401